IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**BRENDA GLASS,**

        **Plaintiff,**

v.                                                                                                  **No. 2:09-cv-02206-SHM-cgc**

**NORTHWEST AIRLINES, INC.,**
**PINNACLE AIRLINES, INC.,**
**AIR SERV CORPORATION,**

        **Defendants.**

**ORDER STRIKING REPLY TO DEFENDANT NORTHWEST AIRLINES, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO HAVE PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS PROPOUNDED TO DEFENDANT NORTHWEST AIRLINES, INC. DEEMED ADMITTED, OR IN THE ALTERNATIVE TO DETERMINE SUFFICIENCY OF RESPONSES, AND FOR REASONABLY INCURRED EXPENSES**

      Before the Court is Plaintiff Brenda Glass's Reply to Defendant Northwest Airlines, Inc.'s Response to Plaintiff's Motion to Have Plaintiff's First Set of Requests for Admissions Propounded to Defendant Northwest Airlines, Inc. Deemed Admitted, or in the Alternative to Determine Sufficiency of Responses, and for Reasonably Incurred Expenses. (D.E. #144). Upon review, both the Local Rules and the Scheduling Order in the instant case do not explicitly state whether a reply is permitted without obtaining leave of Court. However, because the Local Rules only expressly anticipate the filing as of right of a Motion and a Response, see Local Rule 7.2, the Court construes the Local Rules to only permit replies to be filed after seeking leave of Court. Indeed, if the Court were to construe the ambiguity in the Local Rules otherwise, the Court would be implicitly

permitting unlimited briefing and counter-briefing on any motion.  Further, because the Scheduling Order does not expressly permit the filing of a reply without leave, the Court finds that the District Court has not authorized replies as of right.  Accordingly, the Court finds that a party is not permitted to file a reply without first seeking leave of court.  Plaintiff failed to seek leave of Court before filing the instant Reply.  Accordingly, the Court ORDERS that Plaintiff's Reply be STRICKEN.

**IT IS SO ORDERED** this 28th day of May, 2010.

s/ Charmiane G. Claxton  
CHARMIANE G. CLAXTON  
UNITED STATES MAGISTRATE JUDGE